FIFIELD, SECRETARY OF STATE, ET AL. *v.* STATE, EX REL. MOSER.

[No. 25,909.   Filed September 19, 1930.]

*Howard P. Robinson,* for appellants.
*George W. Long,* for appellee.

PER CURIAM.—This cause came on to be heard upon relator's motion to dismiss the appeal.   Decision upon the merits, to be of use to any of the parties, must have been made prior to May 6, 1930, the day of the primary election.   The assignment of errors in this court was filed June 6, 1930.   Relator's motion to dismiss is sustained.

The appeal is dismissed.